IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00608-PSF-MEH

MARICELA CARBAJAL,

    Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 16, 2006.**

    For good cause shown, and upon agreement of the parties, the Joint Motion for Stipulated Protective Order [<u>Filed August 11, 2006; Docket #28</u>] is **granted.** The Stipulated Protective Order shall enter separately.