IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00608-PSF-MEH

MARICELA CARBAJAL,

    Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

    Defendant.
_____

**STIPULATED PROTECTIVE ORDER**
_____

    The parties, by and through counsel of record, enter into Stipulated Protective Order as follows:

    1.    Plaintiff has requested that Defendant American Family Life Insurance Company provide certain documents which it has identified as proprietary and confidential materials prepared by Defendant American Family Life Insurance Company for internal use and training and not intended or made available for use by American Family's competitors or others outside American Family.

    2.    American Family Life Insurance Company desires to protect the proprietary and confidential nature of these documents, and the parties agree to their designation as "Protected Documents", the production and use of which is subject to the following provisions.

a. Unless otherwise authorized by Defendant American Family Life Insurance Company or ordered by this Court, Protected Documents shall not be used for any purpose other than the preparation and trial of this action, and appeals of all or part of this action, and shall not be disclosed to any person, except as is necessary for that purpose.

b. If any transcripts of depositions, answers to interrogatories, motions, briefs or other pleadings to be filed with the Court include all or part of a Protected Document, such pleadings or other papers shall be filed with the Clerk of the Court in sealed envelopes marked "**CONFIDENTIAL - NOT TO BE OPENED EXCEPT BY ORDER OF THE COURT.**"

c. Counsel are charged with the responsibility of advising their partners, associate attorneys, legal support personnel, and expert or consultants who are participating in the prosecution or defense of this action, and other persons to whom disclosure of any Protected Document may be made pursuant to this Order, of the terms of this Order and their obligations hereunder. Before counsel may disclose any Protected Document to persons not counsel or legal support personnel within the firms executing this Order, such recipients shall execute a declaration in the form set forth in the attached Exhibit A.

d. Issues regarding the use of Protected Documents at trial shall be determined by the Court.

  e. Upon final determination of this action, including all appeals, plaintiff's counsel shall return to defendant within thirty (30) days any copies, extracts or summaries of any Protected Document, or documents containing information taken therefrom, but excluding any materials which, in the judgment of counsel, are work product materials.  Protected Documents which contain work product shall be destroyed by plaintiff's counsel within thirty (30) days of final determination of this action.  Within forty-five (45) days of final determination, plaintiff's counsel shall provide defendant's counsel a document certifying the return or destruction of all Protected Documents and any copies, extracts or summaries of Protected Documents.

Agreed and stipulated this 10th ay of August, 2006.

*(Original signature on file at HKJP)*

/s/ Arthur R. Karstaedt

| | |
|---|---|
| _____ | |
| Gregory A. Gold, #26064 | Arthur R. Karstaedt III, #7240 |
| Kiel, Trueax & Gold, L.L.C. | Harris, Karstaedt, Jamison & Powers, P.C |
| 7375 East Orchard Road, Suite 300 | 188 Inverness Drive West, #300 |
| Greenwood Village, CO 80111 | Englewood, CO 80112 |
| 303-694-2666 | (720) 875-9140 |
| FAX: 303-694-2573 | *Attorneys for Defendant American Family* |
| *Attorneys for Plaintiff* | *Life Insurance Company* |

*(Original signature on file at HKJP)*

*/s/ David Olivas*
David Olivas, #12888
Silverman & Olivas, P.C.
1675 Larimer Street, #680
Denver, CO 80202
303-595-0529
FAX: 303-893-3389
*Attorneys for Plaintiff*

**ORDER**

The preceding Stipulated Protective Order is approved, ordered and entered this 15th day of August, 2006. This Stipulated Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

BY THE COURT:

s/ Michael E. Hegarty

Michael E. Hegarty
United States District Court