IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  06-CV-00608-PSF-MEH

MARICELA CARBAJAL,

    Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING MOTION WITHDRAW

This matter is before the Court on the Motion to Withdraw and Turn Off Electronic Noticing (Dkt. # 68) filed by Brian T. Moore, Esq.  The Court finds that Mr. Moore entered an appearance in this matter solely on behalf of David Olivas, Esq. in connection with a Motion to Disqualify Mr. Olivas, which has been resolved. Accordingly, the Court hereby GRANTS Mr. Moore's request to withdraw from this matter and directs the electronic filing clerk to withdraw Mr. Moore as counsel of record and turn off all electronic noticing and service to Mr. Moore.

    DATED:  January 12, 2007

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge