IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00608-PSF-MEH

MARICELA CARBAJAL,

    Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

    Defendant.

## SUPPLEMENTAL ORDER ON MOTION
## FOR APPOINTMENT OF SPECIAL DISCOVERY MASTER

The Court previously appointed a Special Master in this case (Docket #50). In light of proceedings that have occurred in the case since that appointment, the Court enters the following supplement orders:

First, the Special Master's duties shall include the collection of DNA at the known site where Miguel Carbajal was alleged to have been buried, whether or not the Special Master determines that the body of Miguel Carbajal is still there. Evidence of the presence of DNA even in the absence of Mr. Carbajal's body is relevant to the issues in this case.

Second, in addition to the scope of the report to be filed by the Special Master as previously ordered by the Court, the Special Master will render an opinion, based on the nine-point standard created by the American Society of Testing and Materials (ASTM), on the following questions:

    1.    If a body is found, is the body that of Miguel Carbajal?

    2.    If a body is not found, was the deceased body of Mr. Carbajal ever at the known burial site?

3.	If a body is not found, is there evidence of Miguel Carbajal's DNA at the known burial site, whether or not the DNA was left by a living or deceased person?

Third, the Court directs that the parties commence the filing of a bi-weekly joint status report, commencing January 22, 2007, consistent with the Court's original Order appointing the Special Master.

SO ORDERED.

Dated at Denver, Colorado, this 19th day of January, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge