IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00608-PSF-MEH

MARICELA CARBAJAL,

    Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

    Defendant.

## ORDER ON PLAINTIFF'S MOTION TO FILE THIRD AMENDED COMPLAINT

Plaintiff has filed a motion styled "Motion to Substitute (first) Amended Complaint with Second Amended Complaint." (Docket #61). In reality, it is a motion to file a third amended complaint, due to drafting errors by Plaintiff in the proposed Second Amended Complaint. The complaint which Plaintiff seeks to be the operative pleading in this case is styled "Third Amended Complaint," and is attached to Plaintiff's reply in this regard (Docket #70). In the interests of justice, by assuring the Plaintiff a fair opportunity to present her claims and defenses and based on a record which does not demonstrate undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment, *see generally Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993), the Court will **grant** the motion and direct that the Plaintiff file the Third Amended Complaint attached as an exhibit to the Plaintiff's Reply (Docket #70-3).

Defendant requests that if the Third Amended Complaint is accepted, an extended discovery period is necessary to investigate the underlying factual bases. The Court does not disagree, and, indeed, Plaintiff concedes the point. However, the Court directs that Defendant and/or Plaintiff file

a joint or unopposed motion seeking an extension of discovery, because under this District's local rules, a response to a motion may not include a separate motion.  D.C.COLO.L.Civ.R. 7.1.C.

Accordingly, based upon the foregoing, and the entire record herein, it is hereby **ORDERED** that Plaintiff's Motion to Substitute (first) Amended Complaint with Second Amended Complaint [Filed December 15, 2006; Docket #61] is **granted.**

On or before January 25, 2007, the Plaintiff shall file her Third Amended Complaint with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures.  Plaintiff's Third Amended Complaint shall be in the same format and substance of the document entitled "Third Amended Complaint" which was tendered with Plaintiff's Reply on January 18, 2007 (Docket #70-3).

Dated at Denver, Colorado, this 23rd day of January, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge