IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00608-PSF-MEH

MARICELA CARBAJAL,

    Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 10, 2007.**

    Defendant's Motion for Reallocation of Special Master Costs [filed October 9, 2007; doc #113] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1(A).