IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00608-WDM-MEH

MARICELA CARBAJAL,

    Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 14, 2008.**

    For good cause shown, Defendant's unopposed Motion for Leave to File Dispositive Pleadings [filed March 12, 2008; doc #138] is **granted**. The Scheduling Order shall be amended as follows:

Dispositive Motions deadline:    March 17, 2008

All other deadlines and conference dates shall remain the same.