IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00608-WDM-MEH

MARICELA CARBAJAL,

    Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's Unopposed Motion to File Summary Judgment Briefs in Excess of the Court's Page Limits, filed May 1, 2008 is granted. Defendant's Motion for Partial Summary Judgment, filed March 14, 2008 is accepted. Defendant reply brief may be 16 pages.

Dated: May 2, 2008

                                         s/ Kathy Preuitt-Parks, Deputy Clerk