IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-00608-RPM
(Consolidated with Civil Action No. 05-cv-00066-RPM
and Civil Action No. 06-cv-00884-RPM)

MARICELA CARBAJAL,

       Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

       Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

Upon consideration of the defendant's motion for partial summary judgment [140] filed March 14, 2008, it is

ORDERED that the motion for partial summary judgment is denied and the motion to strike is moot. The case will go forward to trial pursuant to the Order for Consolidation of October 10, 2008.

DATED: November 10th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge