IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
(Judge Richard P. Matsch)

Civil Action No. 06-cv-00608-RPM (consolidated with 05-cv-66 and 06-cv-00884)

MARICELA CARBAJAL,

    Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

Having reviewed the Motion to Withdraw of Cecil E. Morris, Jr., noting that Local Rule D.C.Colo.L.Civ.R. 83.3.D has been satisfied, and good cause appearing, it is therefore

**ORDERED** that the Motion to Withdraw is granted, and that Cecil E. Morris, Jr. is permitted to withdraw as counsel for Gregory A. Gold, Esq. Electronic service of Mr. Morris is terminated in this case.

DATED November 19, 2008.

BY THE COURT:

By: /s/ Richard P. Matsch
Honorable Richard P. Matsch
Judge of the United States District Court
District of Colorado

{00304523.DOC1}